## TEXAS & PACIFIC R'Y COMPANY VS. MARTIN.

Appeal from Lamar county.

*Common Carrier—Liability.*—Where a box of goods were delivered to the common carrier for transportation, and on the way part of them are lost and the remaining portion is in a damaged condition, it is held that by the contract of carriage the carrier was obligated to deliver the box and contents in as good order and condition

as when received, and the shipper may recover the value of the whole.

*Interest—Damages.*—When goods are lost or destroyed, while in charge of a common carrier, the measure of damages is the market value of such property at the place of destination, and interest in such case is not ordinarily recoverable. But if there be fraud, delinquency, or injustice on the part of the carrier, interest may be recovered by way of punishment.

· Opinion by Willson, J.